HMK/mhb FS 7916

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FERROSTAAL METALS GROUP, INC.,
formerly known as MAN FERROSTAAL, INC.,

        Plaintiff,                        08 CV 0455 (BSJ)(THK)
                                                 ECF CASE

   -against-

M/V STAR INVENTANA, her engines,          **RULE 7.1 STATEMENT**
boilers, tackle, etc., MASTERBULK PTE LTD.,
STAR SHIPPING A/S, WESTFAL-LARSEN
MANAGEMENT AS,

        Defendants.
-------------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: January 16, 2008

                                                 KINGSLEY, KINGSLEY & CALKINS
                                                 Attorneys for Plaintiff

                                                 BY:__/S/_____
                                                     HAROLD M. KINGSLEY
                                                     91 W. Cherry Street
                                                     Hicksville, New York 11801
                                                     (516) 931-0064