UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. FILED
JAN 2 5 2008
S.D. OF N.Y.

FERROSTAAL METALS GROUP, INC. Formerly known as MAN FERROSTAAL INC.

    Plaintiff,

-V-

M/V STAR INVENTANA, et al

    Defendants,

**CERTIFICATE OF MAILING**

08 CV 455 (BSJ)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

25TH day of January, 2008

I served the

SUMMONS & VERIFIED COMPALINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

17TH day of January, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 943 078 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 22, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: FERROSTAAL METALS GROUP, INC. f/k/a MAN
         FERROSTAAL, INC. v. M/V STAR INVENTANA, et al.
         08 CIV 0455 (BSJ)
         Our Ref: FS 7916

[Receipt for Registered Mail — PS Form 3806, RB632943078US, Reg. Fee $10.15, Return Receipt $2.15, Postage $1.80, dated 01/25/08. From: Kingsley, Kingsley & Calkins, 91 West Cherry Street, Hicksville, NY 11801, File # FS7916. To: MASTERBULK PTE LTD., 23-01, 79 Anson Road, Singapore, 079906]

and Complaint on the following defendant
es of Civil Procedure Rule 4: (f)(2)(c) (ii):

[E LTD.
oad

Very truly yours,

[signature]