UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
JAN 25 2008
S.D. OF N.Y.

---

FERROSTAAL METALS GROUP, INC. Formerly known as
MAN FERROSTAAL INC.

**CERTIFICATE OF MAILING**

Plaintiff,

-V-

M/V STAR INVENTANA, et al

Defendants,

08 CV 455 (BSJ)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**25TH day of January, 2008**

I served the

SUMMONS & VERIFIED COMPALINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**17TH day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 943 033 US**

J. Michael McMahon

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

———

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

———

KEVIN T. MURTAGH

January 22, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:  FERROSTAAL METALS GROUP, INC.  f/k/a MAN
          FERROSTAAL, INC.  v.  M/V STAR INVENTANA, et al.
          08 CIV. 0455 (BSJ)
          Our Ref: FS 7916

... nd Complaint on the following defendant
... of Civil Procedure Rule 4: (f)(2)(c) (ii):

'S

gen

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RB632943025US | | | |
| Reg. Fee | $10.15 | | 0004 |
| Handling Charge | $0.00 | Return Receipt $2.15 | 12 |
| Postage | $2.70 | Restricted Delivery $0.00 | 01/25/08 |
| Received by | | | |

Customer Must Declare Full Value $ $0.00    With Postal Insurance    Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  KINGSLEY, KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, NY 11801
File # FS 7916

TO  STAR SHIPPING A/S
Fortunen 1, 5809 Bergen
Norway

PS Form 3806, Receipt for Registered Mail Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Very truly yours,

*[signature]*