UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERROSTAAL METALS GROUP, INC. Formerly known as MAN FERROSTAAL INC.

            Plaintiff,

-V-

M/V STAR INVENTANA, et al

            Defendants,

**CERTIFICATE OF MAILING**

08 CV 455 (BSJ)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 25TH day of January, 2008

I served the

SUMMONS & VERIFIED COMPALINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 17TH day of January, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 943 055 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

*[Stamp: U.S. District Court Filed JAN 25 2008 S.D. OF N.Y.]*

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 22, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: FERROSTAAL METALS GROUP, INC. f/k/a MAN
       FERROSTAAL, INC. v. M/V STAR INVENTANA, et al.
       08 CIV 0455 (BSJ)
       Our Ref: FS 7916

Sir:

[Registered Mail receipt overlay obscures portion of letter text]

...nd Complaint on the following defendant ...s of Civil Procedure Rule 4: (f)(2)(c) (ii):

...N MANAGEMENT AS
...ten 35

Very truly yours,

[signature]

---

Registered No. RB632943055US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp: 0004  12  01/25/08
Customer Must Declare Full Value $0.00

FROM: Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
FILE # FS 7916

TO: WESTFAL-LARSEN MANAGEMENT AS
Engenhus, Teatergaten 35
5010 Bergen
Norway

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)