------------------------------------------------------------X

**08 CV 455    ECF**

Ferrostaal Metals Group, Inc.

M/V Star Inventana, et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 455 (BSJ)(THK)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:___ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:___ | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:___ |
| ___ | Inquest After Default/Damages Hearing | |
| | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          2/6/08

United States District Judge