HMK/mhb FS 7916

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FERROSTAAL METALS GROUP, INC.,
formerly known as MAN FERROSTAAL, INC.,

                    Plaintiff,                    08 CV 0455 (BSJ)(THK)
                                                             ECF CASE

      -against-

M/V STAR INVENTANA, her engines,               **VOLUNTARY**
boilers, tackle, etc., MASTERBULK PTE LTD.,     **DISMISSAL**
STAR SHIPPING AS, WESTFAL-LARSEN
MANAGEMENT AS,

                    Defendants.
-----------------------------------------------------------X

      No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 2, 2008

                                             KINGSLEY, KINGSLEY & CALKINS
                                             Attorneys for Plaintiff

                                             BY: _____
                                             HAROLD M. KINGSLEY
                                             91 W. Cherry Street
                                             Hicksville, New York 11801
                                             (516) 931-0064